```
Young Bin Yim, CA State Bar No. 232340
Law Office of Charles E. Binder
and Harry J. Binder, LLP
485 Madison Avenue, Suite 501
New York, NY 10022
(212)-677-6801
Fax (646)-273-2196
Fedcourt@binderlawfirm.com
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKOB CLAYTON KUHLMAN,<br><br>        Plaintiff,<br><br>vs.<br><br><br>MARTIN O'MALLEY, Commissioner of Social Security.<br><br>        Defendant. | Case No. 4:24-CV-00360-HSG |

**ORDER GRANTING MOTION TO FILE EXCESS PAGES**

AND NOW, this 30th day of May, 2024, upon consideration of Plaintiff's Motion to file Plaintiff's Reply Memorandum.

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.

Entered: 5/30/2024                    *[signature: Haywood S. Gilliam Jr.]*

2